

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Pablo Eligio Palacios,                              * From the 35th District Court
                                                      of Brown County,
                                                      Trial Court No. CR25219.

Vs. No. 11-22-00348-CR                             * May 11, 2023

The State of Texas,                                * Per Curiam Memorandum Opinion
                                                      (Panel consists of: Bailey, C.J.,
                                                      Trotter, J., and Williams, J.)

This court has considered Appellant's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.